WILLIAM E. SMITH, Respondent, *v.* THOMAS NELSON et al., Appellants.

(Argued October 18, 1886; decided November 23, 1886.)

*E. P. Johnson* for appellants.

*Geo. W. Weiant* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.